IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30426
Summary Calendar
_____

JORGE ANDRES IGLESIAS,

Petitioner-Appellant,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CV-1990
- - - - - - - - - -
September 20, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Jorge Andres Iglesias, #19815, appeals from the district court's denial of his motion for injunctive relief. We have reviewed the record and Iglesias' arguments, and we conclude that the district court did not abuse its discretion in denying relief because Iglesias failed to demonstrate a substantial likelihood of success on the merits. See Lewis v. Casey, 116 S. Ct. 2173,

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

2180 (1996); Lakedreams v. Taylor, 932 F.2d 1103, 1107 (5th Cir. 1991).

AFFIRMED.